# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

CIVIL CASE NO.

vs.

AmerisourceBergen Drug Corporation, et al.

JUDGE Dan Aaron Polster

PRAECIPE FOR ISSUANCE

☒ ORIGINAL SUMMONS

☐ ALIAS SUMMONS

☐ THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 3/13/2023        By: Peter J. Mougey

                       Attorney for Plaintiff

revised 02/2009